**FILED**

**AUG - 7 2008**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY ONSONGO, individually<br>And for the Estate of Evans Onsongo, | )<br>)<br>) |
| ENOCH ONSONGO, | )<br>) |
| PERIS ONSONGO, | )<br>) |
| VANICE ONSONGO, | )<br>) |
| ONSONGO MWEBERI, | )<br>) |
| SALOME MWEBERI, | ) |
| BERNARD ONSONGO, | Case: 1:08-cv-01380<br>Assigned To : Friedman, Paul L. |
| EDWIN NYANGAU ONSONGO, | Assign. Date : 8/7/2008<br>Description: General Civil |
| GEORGE ONSONGO, | ) |
| EUNICE ONSONGO, | )<br>) |
| PENINAH ONSONGO, | )<br>) |
| GLADYS ONSONGO; | )<br>) |
| OSBORN OLWCH AWALLA, individually and<br>As Personal representative of the Estates<br>of Josia Owuor and Edwina Owuor, | )<br>)<br>)<br>) |
| WARREN AWALA, | )<br>) |
| VINCENT OWUOR; | )<br>) |
| MARTHA ACHIENG ONYANGO, individually<br>and for the Estate of Eric Onyango, | )<br>)<br>) |
| JULIANA ATIENO ONYANGO; | )<br>) |
| and | )<br>) |
| IRENA KUNG'U | ) |

1

|  | ) |  |
| --- | --- | --- |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| REPUBLIC OF SUDAN, MINISTRY OF THE | ) | |
| INTERIOR OF THE REPUBLIC OF THE | ) | |
| SUDAN, ISLAMIC REPUBLIC OF IRAN, | ) | |
| IRANIAN REVOLUTIONARY GUARDS | ) | |
| CORPS, IRANIAN MINISTRY OF | ) | |
| INFORMATION AND SECURITY | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION OF PLAINTIFFS FOR WAIVER OF LOCAL CIVIL RULE 5.1(e)

Plaintiffs, by counsel, herewith moves the Court that an Order be entered waiving the requirements of Local Civil Rule 5.1(e) with respect to the requirement that the "full residence address of the party" be included on the caption of the initial pleading and accept for filing the Complaint attached hereto.

The following is stated in support of the Motion:

1. This action is brought by plaintiffs for serious injuries and deaths suffered as a result of the terrorist attacks upon the US Embassies in Nairobi, Kenya and in Dar Es Salaam. After the bombing, the Islamic Liberation Army of the people of Kenya, an offshoot of Al Qaeda, took the responsibility for the bombing. On October 18, 2001, four Al Qaeda members including Owhali, Odeh, and El-Hage were sentenced to life without parole for their role in the 1998 Embassy bombings in East Africa, including the bombing in Nairobi, Kenya.

2. As will be more fully developed in the course of this litigation, many of the

Plaintiffs continue to suffer severe posttraumatic emotional disorders dating from the attack of August 7, 1998.

3.  Plaintiffs are fearful that the listing of their addresses will subject them to possible attack from terrorist groups controlled and/or supported by the Islamic Republic of Iran.

4.  Terrorist attackes by groups controlled and/or supported by the Islamic Republic of Iran, including Al Qaeda, have resulted in the deaths of more than 1,000 American citizens since 1979 around the globe and the fears of Plaintiffs clearly have factual basis.

5.  The Order submitted with this Motion requires the filing under seal of a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of the Order, which will give the Court the information required by Rule 5.1(e).

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the Order submitted.

Dated August 6, 2008

Respectfully submitted,

*[signature]*

Michael J. Miller, Esq.
Bar No. 397689
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224

*[signature]* By *[signature]*

Allen L. Rothenberg, Esq.
Bar No. 328088
THE LAW FIRM OF ALLEN L. ROTHENBERG
1420 Walnut Street
Philadelphia, PA 19102
Tel: (800) 624-8888

*[signature]*

Gavriel Mairone
Bar No. 6181698
MANN & MAIRONE
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (212) 792 4005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 7 2008

Clerk, U.S. District and
Bankruptcy Courts

MARY ONSONGO, individually )
And for the Estate of Evans Onsongo, )
)
ENOCH ONSONGO, )
)
PERIS ONSONGO, )
)
VANICE ONSONGO, )
)
ONSONGO MWEBERI, )
)
SALOME MWEBERI, )
)
BERNARD ONSONGO, )
)
EDWIN NYANGAU ONSONGO, )
)
GEORGE ONSONGO, )
)
EUNICE ONSONGO, )
)
PENINAH ONSONGO, )
)
GLADYS ONSONGO; )
)
OSBORN OLWCH AWALLA, individually and )
As Personal representative of the Estates )
of Josia Owuor and Edwina Owuor, )
)
WARREN AWALA, )
)
VINCENT OWUOR; )
)
MARTHA ACHIENG ONYANGO, individually )
and for the Estate of Eric Onyango, )
)
JULIANA ATIENO ONYANGO; )
)
and )
)
IRENA KUNG'U )

08 1380

|  |  |
|---|---|
| **Plaintiffs,** ) | |
| ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| REPUBLIC OF SUDAN, MINISTRY OF THE ) | |
| INTERIOR OF THE REPUBLIC OF THE ) | |
| SUDAN, ISLAMIC REPUBLIC OF IRAN, ) | |
| IRANIAN REVOLUTIONARY GUARDS ) | |
| CORPS, IRANIAN MINISTRY OF ) | |
| INFORMATION AND SECURITY ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### ORDER

Upon Motion of Plaintiffs it is, by the Court, this 7th day of August, 2008,

ORDERED that the requirement of Local Civil Rule 5.1(e) that the "full residence address of the party" be included on the caption of the initial pleading, be and it is hereby waived, and it is further

ORDERED, that the Plaintiffs file under seal a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of this Order, and it is further

ORDERED, that the Clerk of the Court accept the Complaint submitted and issue process directed to the Defendants.

_____
Royce C. Lamberth
United States District Judge