**FILED**

**AUG - 7 2008**

**Clerk, U.S. District and Bankruptcy Courts**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY ONSONGO, individually<br>And for the Estate of Evans Onsongo, | ) <br> ) <br> ) |
| ENOCH ONSONGO, | ) <br> ) |
| PERIS ONSONGO, | ) <br> ) |
| VANICE ONSONGO, | ) <br> ) |
| ONSONGO MWEBERI, | ) <br> ) |
| SALOME MWEBERI, | ) <br> ) |
| BERNARD ONSONGO, | ) <br> ) |
| EDWIN NYANGAU ONSONGO, | ) <br> ) |
| GEORGE ONSONGO, | ) <br> ) |
| EUNICE ONSONGO, | ) <br> ) |
| PENINAH ONSONGO, | ) <br> ) |
| GLADYS ONSONGO; | ) <br> ) |
| OSBORN OLWCH AWALLA, individually and<br>As Personal representative of the Estates<br>of Josia Owuor and Edwina Owuor, | ) <br> ) <br> ) <br> ) |
| WARREN AWALA, | ) <br> ) |
| VINCENT OWUOR; | ) <br> ) |
| MARTHA ACHIENG ONYANGO, individually<br>and for the Estate of Eric Onyango, | ) <br> ) <br> ) |
| JULIANA ATIENO ONYANGO; | ) <br> ) |
| and | ) <br> ) |
| IRENA KUNG'U | ) |

**08 1380**

|                                                                                                                                                                                                                                                              |       |                    |
| ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | ------------------ |
|                                                      **Plaintiffs,**                                                                                                                                                                                           | )     |                    |
|                                                                                                                                                                                                                                                              | )     |                    |
|                                                                                                                                                                                                                                                              | )     | Civil Action No.   |
|       v.                                                                                                                                                                                                                                                     | )     |                    |
|                                                                                                                                                                                                                                                              | )     |                    |
| **REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF THE SUDAN, ISLAMIC REPUBLIC OF IRAN, IRANIAN REVOLUTIONARY GUARDS CORPS, IRANIAN MINISTRY OF INFORMATION AND SECURITY**                                                                      | ) ) ) ) ) ) |              |
|                                                                                                                                                                                                                                                              | )     |                    |
|                                                      **Defendants.**                                                                                                                                                                                          | )     |                    |
|                                                                                                                                                                                                                                                              | )     |                    |

## ORDER

Upon Motion of Plaintiffs it is, by the Court, this *7th* day of _August_, 2008,

ORDERED that the requirement of Local Civil Rule 5.1(e) that the "full residence address of the party" be included on the caption of the initial pleading, be and it is hereby waived, and it is further

ORDERED, that the Plaintiffs file under seal a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of this Order, and it is further

ORDERED, that the Clerk of the Court accept the Complaint submitted and issue process directed to the Defendants.

_____
United States District Judge