UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLY MIKALI AMDUSO, et al.<br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.<br>Defendants. | Civil Action No. 08-1361<br>(JDB)/(JMF) |
| WINFRED WAIRMU WAMAI, et al.<br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.<br>Defendants. | Civil Action No. 08-1349<br>(JDB)/(JMF) |
| JUDITH ABASI MWILA, et al.<br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.<br>Defendants. | Civil Action No. 08-1377<br>(JDB)/(JMF) |
| MARY ONSONGO, et al.<br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.<br>Defendants. | Civil Action No. 08-1380<br>(JDB)/(JMF) |

**REPORT OF SPECIAL MASTER**
(Michael Ikonye Kiarie and Family)

"[O]n August 7, 1998, the United States embassies in Nairobi, Kenya and Dar es Salaam, Tanzania were devastated by simultaneous suicide bombings that killed hundreds of people and injured over a thousand." *Owens v. Republic of* Sudan, 826 F. Supp. 2d 128,

132 (D.D.C.) In *Owens*, the United States District Court for the District of Columbia determined that the defendants are liable for the damages caused by the bombing.

Michael Ikonye Kiarie brought this action to recover for physical injuries and mental anguish he suffered as a result of the Embassy bombing in Nairobi, Kenya. His wife, Jane Ikonye Kiarie, has brought a claim as the spouse of a U.S. Embassy employee who was injured in the bombing. Mrs. Ikonye Kiarie is entitled to maintain an action for intentional infliction of emotional distress and for emotional damages (solatium), to compensate her for "the mental anguish, bereavement and grief that… [she] experience[d] as the result of" [her husband's injury].[1] The couple's four children have also brought claims.

In arriving at the recommendations set forth below, the Special Master has reviewed the following uncontradicted evidence submitted by plaintiffs' counsel:

1. Deposition (transcript and video) of Michael Ikonye Kiarie
2. Deposition (transcript and video) of Jane Ikonye Kiarie
3. Deposition (transcript and video) of Daniel Kiarie
4. Deposition (transcript and video) of Ann Wairimu Kiarie
5. Damages Checklist of Michael Ikonye Kiarie
6. Birth Certificate of Ann Wairimu Kiarie
7. Birth Certificate of Daniel Kiarie
8. Birth Certificate of Maryann Njoki Kiarie
9. Birth Certificate of Sammy Ndungu Kiarie

The Special Master has not conducted hearings, examined witnesses, or challenged the authenticity or veracity of the uncontradicted evidence submitted by plaintiffs' counsel. Plaintiffs' counsel have affirmed that all available evidence bearing on the damages suffered by the plaintiffs has been supplied, and that the documents provided to the Special Master are genuine, complete and accurate.

The Special Master has conferred with plaintiffs' counsel in an effort to assure that this Report is as complete and as reliable as possible. Plaintiffs' counsel has seen this Report and has no objection.

As directed by the Court in its February 27, 2012 Order Adopting Administrative Plan, the Special Master has applied federal law to determine the scope of damages applicable to personal injury claims made by victims of the bombing.

Also as directed by the Court in its February 27, 2012 Order Adopting Administrative Plan, the Special Master has employed as guideposts the damage awards approved in the

---

[1] *Valore v. Islamic Republic of Iran*, 700 F.Supp.2d 52, 85 (D.D.C. 2010) (finding that the damages framework laid out in *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d. 25 (D.D.C. 2007), which provided solatium damages to family members of surviving victims, has "strong precedential support".).

*Peterson*, *Dammarell*,[2] and *Valore* cases, which arose from the bombing of the U.S. Marine barracks in Beirut, Lebanon.

## I. SUMMARY

Michael lkonye Kiarie is a citizen of Kenya and was employed as a telephone operator at the United States Embassy in Nairobi, Kenya at the time of the bombing in 1998. Deposition of Michael Ikonye Kiarie at 4. Mr. lkonye Kiarie was working on the morning of the bombing when he heard a blast and the telephones went dead. *Id*. As he arose to see what happened, the second blast hit and Mr. lkonye does not remember anything that happened next. *Id*. He awoke in the hospital where he spent a few days before being flown to Germany for treatment. *Id*. At 4-5. Mr. lkonye Kiarie's brother, Joseph, was also in the Embassy building when the blast occurred and was killed in the attack, something that Mr. Ikonye Kiarie learned from his wife while he was in Germany for treatment. *Id*. at 5.

## II. MICHAEL IKONYE KIARIE

Mr. lkonye Kiarie suffered head injuries and his right leg was broken in two places. *Id*. He has permanent scars all over his body. *Id*. at 6. Metal and glass debris entered his body and had to be removed. *Id*. at 5. After returning home from Germany in a wheelchair, Mr. lkonye Kiarie's leg got worse within a month, and he was transported to Walter Reed Hospital in Washington, D.C. *Id*. at 6. He returned to Walter Reed twice more after this visit to receive treatment for his leg. *Id*. at 7-8. Mr. lkonye Kiarie missed about six months of full-time employment due to his injuries and treatments. *Id*. at 9. He went through painful physical therapy sessions for several months and has lost some functioning in his toes due to nerve damage. *Id*. at 10.

Before his injuries, Mr. lkonye was a cross-country runner, but he can no longer run because of the pain in his leg. *Id*. at 7-8. He also suffers pain in his leg if he drives for long distances. *Id*. Mr. lkonye's wife insists that he has changed since the bombing, as he becomes annoyed very easily and suffers memory loss. *Id*. at 11. He also walks with a slight limp in his right leg. *Id*. at 12.

In personal injury cases brought by embassy employees injured in the Nairobi bombing, the Court has advised the Special Masters to be guided by the damage awards set out in, among other cases, *Dammarell v. Islamic Republic of Iran*, 404 F.Supp.2d 261 (D.D.C. 2005) and *Valore v. Islamic Republic of Iran*, 700 F.Supp.2d 52 (D.D.C. 2010).[3] In *Dammarell*, the court used four factors to assist in determining awards for victims injured by state-sponsored terrorist attacks. These factors are: 1) the severity of pain immediately following the injury; 2) the number and type of injuries suffered; 3) the length of hospitalization; and 4) the permanence of the impairment.

In *Dammarell*, the court awarded $5,000,000 each to two victims who suffered injuries

[2] *Dammarell v. Islamic Republic of Iran*, 404 F. Supp. 2d 261 (D.D.C. 2005).

[3] Order Adopting Administrative Plan, at 5.

comparable to those suffered by Mr. Ikonye Kiarie. One individual suffered 19 broken bones— including both her arms, all of the ribs on one side of her body, her pelvic bone, two fingers, her collar bone, and her scapula—which required three surgeries and extensive physical and occupational therapy.[4] Another individual suffered lacerations on his arm and face from shattered glass as well as broken vertebrae requiring four separate surgeries.[5]

In light of *Dammarell*, my recommendation is that Michael Ikonye Kiarie be awarded $5,000,000 in pain and suffering damages.

## III. JANE IKONYE KIARIE

Jane Ikonye Kiarie is the wife of Michael lkonye. Depositionn of Jane Ikonye Kiarie at 3. Mr. and Mrs. Ikonye Kiarie have four children. *Id*. On the morning of the bombing, Mrs. Ikonye Kiarie was informed by a neighbor that the American Embassy in Nairobi was attacked, and Mrs. lkonye Kiarie immediately traveled to the Embassy building to look for her husband. *Id*. at 4. She saw several of Mr. Ikonye Kaire's co-workers, but could find no sign of her husband. *Id*. Mrs. Ikonye Kiarie searched several hospitals until she found him the next morning in Kenyatta Hospital where he was unconscious and in critical condition. *Id*.

Mrs. Ikonye Kairie traveled to Germany after her husband was transferred so that he could receive treatment. *Id*. at 5. In order to do so she had to leave her children in Kenya with neighbors. *Id*. After she and her husband returned to Kenya, Mr. Ikonye Kairie suffered complications and had to return to the hospital for six months and had to go to Walter Reed hospital in the U.S. three different times over several months. *Id*. aat 6. He could not help his wife with household duties for some time, and Mrs. Ikonye Kairie had to rely on help from neighbors. *Id*. at 6-7.

Mrs. Ikonye Kiarie confirms that her husband's personality changed after the bombing, as he became annoyed very easily and would often quarrel with his wife. *Id*. at 7. The couple had no physical relationship for at least one year. *Id*.[6] She confirms that Mr. lkonye can no longer lift heavy objects and also suffers from memory loss. *Id*. at 8-9.

In *Valore*, the Court awarded $4,000,000 to the spouses of surviving victims.[7] I recommend such an award to Mrs. Ikonye Kiarie.

## IV. CHILDREN OF MICHAEL AND JANE IKONYE KLARIE

Michael and Jane Ikonye Kiarie have four children, two sons and two daughters. The sons are Daniel Kiarie and Sammy Ndungu Kiarie; the daughters are Ann Wairimu Kiarie and

---

[4] *See Dammarell*, 404 F.Supp.2d at 288-91.

[5] *Id.* at 292-93.

[6] Mr. Ikonye Kiarie did not recall this. Deposition of Michael Ikonye Kiarie at 12.

[7] *Valore*, 700 F.Supp.2d at 85.

Maryann Njoki Kiarie.

**Daniel Kiarie** is the older son and the eldest child of Michael and Jane lkonye. (Birth Certificate). Daniel, around sixteen years old at the time of the bombing, was at home with his siblings on the morning of the bombing. Deposition of Daniel Kiarie at 3-4. When his mother learned that the Embassy was attacked and went into town to find Mr. lkonye, Daniel was left to care for his siblings while his mother looked for his father. *Id*. He remembers everyone being distraught and feeling like it was the end of the world. *Id*. His mother returned home later that night with no word about Mr. lkonye Kairie's whereabouts, and Daniel did not see his father for many months as his neighbors and family members came to take care of Daniel and his siblings. *Id*. at 4-5. It was a traumatic time for Daniel who did not know what was happening with his father, had no answers for his younger siblings, and just tried to focus on caring for his brother and sisters as he worried about his father. *Id*.

Because his father was unable to work for a long time, the family suffered financial hardships and Daniel and his siblings were unable to attend school due to financial and emotional difficulties. *Id*. at 5. It is difficult for Daniel to see the change in his father who still suffers from pain and is unable to get around as well as he could before his injuries. *Id*. at 6.

**Ann Wairimu Kiarie** is the older daughter and second child of Michael and Jane lkonye. (Birth Certificate). On the morning of the bombing, Ann was at home with her mother and siblings when they received a phone call that the Embassy in Nairobi was attacked. Deposition of Ann Kiarie at 4. Ann's mother immediately left to go to the Embassy building leaving Ann and her siblings sitting nervously at home as they heard nothing about their dad that entire day. *Id*. at 4, 7. Ann's mother eventually found her father, but he was in a bad condition. *Id*. at 5. Since the father supported the family, when he could not work neither parent worked, and Ann and the family relied on friends and neighbors to help them out. *Id*. at 8. Ann lost two uncles in the blast, her parents were not around for her uncles' funeral, and she felt very sad for her cousins because she could picture herself in their shoes. *Id*. at 10. It was difficult for Ann to watch her mother struggle to provide while her father was recovering. *Id*. at 11.

**Sammy Ndungu Kiarie** is the younger son and third child of Michael and Jane lkonye. (Birth Certificate). He was only seven years old at the time of the bombing and was not deposed.

**Maryann Njoki Kiarie** is the younger daughter and fourth child of Michael and Jane lkonye. (Birth Certificate). Maryann was four years old at the time of the bombing and was not deposed.

In *Peterson*, the court awarded $2,500,000 to the children of surviving victims of the attack.[8] I recommend this amount for each of the four children.

---

[8] 515 F. Supp.2d at 52.

## V. RECOMMENDATION

According to the Center for Forensic Economic Studies, one dollar invested at the prime rate in August 1998 would be worth $1.26166 as of December 31, 2013. Applying that formula to the recommended base awards set forth above, I recommend the following awards:

| Name | Base Amount | Interest | Award |
|---|---|---|---|
| Michael Ikonye Kiarie | $5,000,000 | $6,308,300 | $11,308,300 |
| Jane Ikonye Kiarie | $4,000,000 | $5,046,640 | $9,046,640 |
| Daniel Kiarie | $2,500,000 | $3,154,150 | $5,654,150 |
| Ann Wairimu Kiarie | $2,500,000 | $3,154,150 | $5,654,150 |
| Sammy Ndungu Kiarie | $2,500,000 | $3,154,150 | $5,654,150 |
| Maryann Njoki Kiarie | $2,500,000 | $3,154,150 | $5,654,150 |

Date: March 25, 2014 Respectfully Submitted,

/s Stephen A. Saltzburg
Special Master