UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY ONSONGO, et al.,

    Plaintiffs,

    v.

REPUBLIC OF SUDAN, et al.,

    Defendants.

Civil Action No. 08-1380 (JDB)

# ORDER

Upon consideration of [50-230] the special masters' reports, and the entire record herein, it is hereby

**ORDERED** that [50-230] the special master reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered in favor of plaintiffs and against defendants in the total amount of $199,106,578.19; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED.**

                                                                              /s/
                                                      JOHN D. BATES
                                        United States District Judge

Dated: <u>July 25, 2014</u>

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Punitive Damages | Subtotal | Total Award (with applicable prejudgment interest) | Total Award (subtotal with prejudgment interest, plus punitive damages) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Eric Abur Onyango | | Juliana Onyango | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 2 | | | Marita Onyango | Sister | | | $2,500,000 | $6,817,439 | $2,500,000 | $6,817,439.10 | $13,634,878.19 |
| 3 | Evans Onsongo | Deceased | Evans Onsongo | | $1,162,814 | $0 | | $0 | $1,162,814 | $0.00 | $0.00 |
| 4 | | | Mary Onsongo | Wife | | | $8,000,000 | $18,094,800 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 5 | | | Enoch Onsongo | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 6 | | | Peris Onsongo | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 7 | | | Venice Onsongo | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 8 | | | Salome Onsongo | Mother | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 9 | | | Bernard Onsongo | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 10 | | | George Onsongo | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 11 | | | Edwin Onsongo | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 12 | | | Gladys Onsongo | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 13 | | | Pinina Onsongo | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 14 | Irene Kung'u | Injured | Irene Kung'u | | | $3,000,000 | | $6,785,550 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| | TOTALS | | | | | $3,000,000.00 | $ 40,500,000.00 | $99,553,289.10 | $44,662,814.10 | $99,553,289.10 | $199,106,578.19 |